UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLIAM SALBECK,

   *Plaintiff*,

vs.

   Case No. 4:23-cv-00075-AGF

CALARES, INC. d/b/a FAMOUS FOOTWEAR,

   *Defendant*.

_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, William Salbeck, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, William Salbeck, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 7, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                 **SHAMIS & GENTILE, P.A.**
                                 14 NE 1st Ave., Suite 705
                                 Miami, FL 33132
                                 Telephone (305) 479-2299
                                 Facsimile (786) 623-0915
                                 Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.
            Florida Bar # 101754

*Counsel for Plaintiff*